BEFORE THE FIRST DIVISION, OCTOBER 15, 1953

**No. 57531.**—Walco Bead Co., Inc. *v.* United States, protests 155004–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.